1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

9

10 HECTOR GUTIERREZ,    Case No. EDCV 23-02134-MCS (AS)

11                Plaintiff,

12     v.    **ORDER ACCEPTING FINDINGS,**

**CONCLUSIONS AND RECOMMNEDATIONS OF**

13 CITY OF RIVERSIDE, et, al.,    **UNITED STATES MAGISTRATE JUDGE**

14

15               Defendants.

16

17     Pursuant to 28 U.S.C. section 636, the Court has reviewed the

18 First Amended Complaint, all of the records herein, and the Report

19 and Recommendation of a United States Magistrate Judge, to which

20 no objections were filed.  Accordingly, the Court concurs with and

21 accepts the findings and conclusions of the Magistrate Judge.

22

23     **IT IS ORDERED** that (1) Plaintiff's official capacity claims

24 against the Doe Defendants are DISMISSED; (2) the City Defendants'[1]

25 request for judicial notice that Plaintiff filed a claim for

26 damages with the City on April 9, 2022 and the City rejected the

27        [1] Defendants City of Riverside and Riverside Police

28 Department.

claim on June 20, 2022, is GRANTED; (3) the City Defendants' motion to dismiss the First Amended Complaint is GRANTED IN PART and DENIED IN PART as follows: (a) Plaintiff's First and Fourth Amendment claims against the City Defendants, Plaintiff's request for punitive damages against the City Defendants, and Plaintiff's state law claims (claims three to six) are DISMISSED WITHOUT LEAVE TO AMEND; and (b) Plaintiff's federal claims (i.e., claims pursuant to <u>Monell</u>) against the City Defendants are DISMISSED WITH LEAVE TO AMEND.

Plaintiff may file a Second Amended Complaint consistent with the Report and Recommendation of United States Magistrate Judge no later than thirty (30) days from the date of this Order. Plaintiff is cautioned that any Amended Complaint must be complete in itself without reference to any prior complaint or any other document, and may not add any new claims or new defendants without prior leave of the Court.

If Plaintiff does not file a Second Amended Complaint within thirty (30) days of the date of this Order, Plaintiff's remaining claims will be dismissed with prejudice.

\\

\\

\\

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: January 15, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE