UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | CV 23-02134-MCS (AS) | Date | March 4, 2025 |
|---|---|---|---|
| Title | *Hector Gutierrez v. City of Riverside, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| L. Krivitsky for Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER REQUIRING RESPONSE TO MOTION TO DISMISS AND STRIKE PORTIONS OF SECOND AMENDED COMPLAINT (DOCKET NO. 40)**

On March 4, 2025, Defendants City of Riverside and Riverside Police Department filed a motion to dismiss and strike portions of the Second Amended Complaint, (Dkt. No. 40). **Plaintiff is ORDERED to file a Response to the motion to dismiss and strike no later than April 4, 2025.** Defendant may file an optional reply no later than seven days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendant's Reply or on the day after it is due.

Plaintiff is warned that failure to timely file a Response may be deemed as consent to the granting of the motion. See Local Rule 7-12.

**IT IS SO ORDERED.**

cc: Mark C. Scarsi
United States District Judge

Initials of Preparer  LK    0 : 00