# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Gutierrez,<br><br>PLAINTIFF(S)<br>v.<br><br>City of Riverside, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>ED CV23-02134-MCS (AS)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| March 4, 2025 | 40 | Motion to Dismiss Plaintiff's Second Amended Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

    - The hearing on the motion set for April 21, 2025 at 9:00 a.m. before District Judge Mark C. Scarsi is hereby VACATED.

    - Magistrate Judge Sagar will set a new hearing date if she determines an oral argument would be helpful.

Dated: March 5, 2025

By: / s / Sagar
Honorable Alka Sagar
United States Magistrate Judge