UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | ED CV 23-02134-MCS (AS) | Date | September 23, 2026 |
| Title | *Hector Gutierrez v. James Elliott, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers): ORDER REQUIRING RESPONSE TO MOTION TO DISMISS AND MOTION TO STRIKE (Dkt. No. 67)**

On September 22, 2026, Defendants James Elliott and Eric Barajas filed a motion to dismiss the Third Amended Complaint ("TAC") that Plaintiff untimely served and failed to file with the Court and to strike irrelevant and false portions of the TAC. (Dkt. No. 67). **Plaintiff is ORDERED to file a Response to the motions no later than October 14, 2026.** Defendants may file an optional reply no later than seven days after the filing of Plaintiff's responsive pleading. The Court will take the motion under submission upon the filing of Defendants' Reply or on the day after it is due.

Plaintiff is warned that failure to timely file a Response may be deemed as consent to the granting of the motion. See Local Rule 7-12.

**IT IS SO ORDERED.**

cc: Mark C. Scarsi
United States District Judge

0 : 00

Initials of Preparer AF